## Commonwealth *v.* Kelly, Appellant (No. 1).

*Husband and wife—Desertion and nonsupport—Practice, Q. S.*

On an appeal from a judgment of the Quarter Sessions against a husband for support, where the record shows sufficient facts to give the court jurisdiction, and there has been a full hearing on the merits, the appellate court will not look further than to determine whether the proceedings were regular.

Argued April 9, 1918. Appeal, No. 106, April T., 1918, by defendant, from order of Q. S. Clarion Co., Aug. Sessions, 1917, for support in case of Commonwealth v. John Kelly. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

Return of proceedings for nonsupport.

*Error assigned* was the order for support.

*George F. Whitmer,* for appellant.

*A. A. Geary,* with him *D. M. Geist,* District Attorney, for appellee.

PER CURIAM, July 10, 1918:

The defendant was charged with desertion and nonsupport. Sufficient facts are presented to give the court jurisdiction, and after a full hearing on the merits of the case the sentence is in accordance with the statutes. So far as the record discloses the facts were rightly determined in the court below, and further than this we will not inquire: Commonwealth v. James, 142 Pa. 32; Commonwealth v. Dean, 21 Pa. Superior Ct. 641; Philadelphia v. Dezsi, 56 Pa. Superior Ct. 414.

The decree of the court below is affirmed, and the record remitted, and it is ordered that the appellant appear at such time he may be called and that he be by that court committed until he has fully complied with the sentence or any part of it that has not been performed at the time this appeal became a supersedeas.